No. 19,658.

CHARLES GOFF, *Appellant*, v. THOMAS FRANKLIN GOFF et al.,
*Appellees.*

Appeal from Graham district court; CHARLES W. SMITH,
judge. Opinion denying a rehearing filed July 15, 1916. (For
original opinion of affirmance, see *ante*, p. 201, 158 Pac. 26.)

*Z. C. Millikin*, of Salina, and *W. W. McCanles*, of Kansas
City, for the appellant.

*David Ritchie, G. A. Spencer*, both of Salina, and *W. L.
Sayers*, of Hill City, for the appellees.

OPINION DENYING A REHEARING.

The opinion of the court was delivered by

MASON, J.: In a petition for a rehearing it is suggested that
the opinion filed makes no reference to the contention of the
appellant that the arrangement between him and his father
amounted to the giving of a conveyance absolute on its face,
but intended only as a mortgage. This matter would affect
the present appeal only in case the finding quoted in paragraph
four of the original opinion is regarded as establishing that
the transaction was equivalent to the giving of a mortgage,
and we do not so regard it.

The statement in the opinion that in the absence of fraud
or mistake a conveyance of title, absolute on its face, pre-
cludes a showing of want of consideration for the purpose of
establishing an implied trust was not intended as a declaration
that oral evidence may not be given of a parol agreement to
reconvey which has been wholly or partially performed.

The petition for a rehearing is denied.